ACCEPTED
01-14-00486-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 11:39:19 AM
CHRISTOPHER PRINE
CLERK

No. 01-14-00486-CR

**IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 11:39:19 AM
CHRISTOPHER A. PRINE
Clerk

**MARK AUGUSTIN CASTELLANO**
*Appellant*

**v.**

**THE STATE OF TEXAS**
*Appellee*

On Appeal from Cause Number 1363068
From the 184th District Court of Harris County, Texas

CERTIFICATION OF NOTIFICATION OF RIGHT TO FILE *PRO SE* PETITION FOR DISCRETIONARY REVIEW

Jani Maselli Wood, counsel for Appellant in this case, respectfully informs the Court that counsel has complied with Rule 48.4 by providing a copy of the opinion in this case to Appellant and informing Appellant of the right to file a *pro se* petition for discretionary review. The Certified Mail number for confirmation is 7010 1870 0000 4699 1922.

Respectfully submitted,

Harris County Public Defender's Office
1201 Franklin Street, 13th Floor
Houston, Texas 77002
 /s/ *Jani J. Maselli Wood*

Jani Maselli Wood
*Assistant Public Defender*
Texas Bar Number 00791195
Jani.Maselli@pdo.hctx.net
(713) 368-0016

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark A. Castellano
TDCJ # 01936273
Stiles Unit
3060 Fm 3514
Beaumont TX 77705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MELINDA PICKENS

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail®      ☐ Priority Mail Express™
☐ Registered           ☐ Return Receipt for Merchan
☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer    7010 1870 0000 4699 1922

PS Form 3811, July 2013          Domestic Return Receipt